UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BASSETT PROPERTIES, INC.
    PLAINTIFF

CIVIL NO.3:03CV258(AVC)

VS.

UNITED STATE OF AMERICA,
    DEFENDANT

## STIPULATION FOR DISMISSAL

It is hereby stipulated that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated at New Haven, Connecticut this 14th day of November, 2003.

THE PLAINTIFF BASSETT PROPERTIES, INC.

BY   IRVING H. PERLMUTTER
Attorney for the Plaintiff
U.S. Court ct no 04130
Ullman, Perlmutter & Sklaver
47 Trumbull Street, P.O. Box 514
New Haven, CT 06510
Tel. (203) 772-2180
Fax. (203) 772-4631

\doc\wip\Bassett Properties-stip dismissal 11-13-03

UNITED STATES OF AMERICA

BY /s/ Douglas P. Morabito
DOUGLAS MORABITO
Assistant United States Attorney
Federal Bar No. ct 20962
157 Church Street
New Haven, CT 06510
Tel. (203) 821-3700

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served via U.S. Mail, first class postage prepaid, upon Douglas P. Morabito, Esquire, Assistant U.S. Attorney, P.O. Box 1824, New Haven, CT 06508 this 14th day of November 2003.

/s/ Irving H. Perlmutter
IRVING H. PERLMUTTER
Attorney for the Plaintiff

\doc\wip\Bassett Properties-stip dismissal 11-13-03

2