

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BASSETT PROPERTIES, INC.
    PLAINTIFF
VS.

CIVIL NO.3:03CV258(AVC)

UNITED STATE OF AMERICA,
    DEFENDANT

### STIPULATION FOR DISMISSAL

It is hereby stipulated that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated at New Haven, Connecticut this 14th day of November, 2003.

THE PLAINTIFF BASSETT PROPERTIES, INC.

BY   IRVING H. PERLMUTTER
Attorney for the Plaintiff
U.S. Court ct no 04130
Ullman, Perlmutter & Sklaver
47 Trumbull Street, P.O. Box 514
New Haven, CT 06510
Tel. (203) 772-2180
Fax. (203) 772-4631

November 21, 2003.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

2003 NOV 24 P 3: 53
US DISTRICT COURT
HARTFORD CT
FILED

2003 NOV 18 A 11: 09
US DISTRICT COURT
HARTFORD CT
FILED

\doc\wip\Bassett Properties-stip dismissal 11-13-03